## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Lundgren Bros. Construction, Inc.,                  Civil No. 05-1122 (DWF/JJG)

           Plaintiff,

v.                                                    **ORDER GRANTING DEFAULT JUDGMENT AGAINST JEROME CRAIG HOMES, INC.**

Jerome Craig Homes, Inc., and
John Flesness, a Minnesota Resident,

           Defendants.

---

Erin C. Skold, Esq., Keith S. Moheban, Esq., and David D. Axtell, Esq., Leonard Street and Deinard, PA, counsel for Plaintiff.

Jeff Hultgren, Jerome Craig Homes, Inc., 16794 Iredale Path, Lakeville, MN 55044.

Lea M. De Souza, Esq.; and Steven V. Hagberg, Esq., Steven V. Hagberg & Associates PLLC, counsel for Defendant John Flesness.

---

Having considered Lundgren Bros. Construction, Inc.'s ("Lundgren") Motion for Default Judgment Against Jerome Craig Homes, Inc. and based upon all of the files, records, and proceedings herein, as well as the arguments of counsel,

       **IT IS HEREBY ORDERED:**

       1.      That Lundgren's motion is hereby **GRANTED**;

       2.      That Lundgren is entitled to its actual damages, and will consider the specific amount of such damages upon the filing by Lundgren of an affidavit establishing such damages;

  3. That the Lundgren damages affidavit and any accompanying materials will be filed under seal for the Court's eyes only and not released or otherwise made available by the Court to either the public or to the parties in this case until further ordered by this Court; and

  4. That attorney fees and costs are awarded to Lundgren in an amount to be taxed at a later date.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 24, 2006   s/Donovan W. Frank
           DONOVAN W. FRANK
           Judge of United States District Court